IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| IN RE: | : |
| | : BANKRUPTCY CASE NO. 21-30451-AEC |
| ANGELA L. WHITFIELD, | : |
| | : CHAPTER 7 |
| Debtor | : ADVERSARY NO. 24-03010 |
| | : |
| ANGELA L. WHITFIELD, | : |
| | : |
| Plaintiff | : |
| | : |
| vs. | : |
| | : |
| UNITED STATES DEPARTMENT OF EDUCATION, | : |
| | : |
| Defendant. | : |

MOTION OF UNITED STATES OF AMERICA
TO BE DISMISSED AS A PARTY DEFENDANT TO PLAINTIFF'S
COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOAN

NOW COMES the United States of America, by and through the United States Attorney for the Middle District of Georgia, and moves the court for dismissal as a party defendant to the Plaintiff's Complaint[1] as follows:

The United States Department of Education and/or the United States of America are not a proper party and should be dismissed from this Adversary. The named Defendant, U.S. Department of Education, in this case is an agency of the United States government. An agency of the United States government cannot be sued in its own name without express congressional authority. *See Blackmar v. Guerre*, 342 U.S. 512, 514 (1952). This prohibition extends to the U.S. Department of Education as an agency of the United States government. *Purk v. United States,* 747 F. Supp. 1243, 1247 (S.D. Ohio 1989)("the IRS . . . is not an independently suable [sic] entity"). The proper party in interest would be the United States of America. However, the United States is not a proper party as well because the United States Department of Education does not hold loans for Plaintiff/Debtor. Therefore, the United States cannot be substituted as a party defendant.

---

[1] Rule 7021, Federal Rules of Bankruptcy Procedure.

According to records of the United States Department of Education, Education Credit Management Corporation (ECMC) is the holder of the subject loans and appears to be a proper party for this cause of action. Therefore, the Court lacks jurisdiction over the named defendant, United States Department of Education, and the United States of America.

Based upon the above reasons, the United States of America requests that the Court enter an Order dropping United States Department of Education as a party defendant to this cause of action.

IT IS SO MOVED.

This 2nd day of January 2025.

                                        PETER D. LEARY
                                        UNITED STATES ATTORNEY

By:    */s/Bernard Snell*
        BERNARD SNELL
        ASSISTANT UNITED STATES ATTORNEY
        Georgia Bar No. 665692
        United States Attorney's Office
        Middle District of Georgia
        P.O. Box 1702
        Macon, Georgia 31202
        Phone: (478) 621-2732
        Email: Bernard.Snell@usdoj.gov

CERTIFICATE OF SERVICE

I, Bernard Snell, hereby certify that on this date, I electronically filed the within and foregoing **United States of America's Motion to Dismiss** with the Clerk of Court using the CM/ECF system. I also certify that Debtors'/Plaintiff's attorney and Trustee have been served on this date by electronic means of the Court:

A. Michelle Ragucci
Burrow & Associates, LLC
2280 Satellite Blvd.
Bldg. A, Suite 100
Duluth, Georgia 30097
*Attorney for Plaintiff/Debtor*

Kenneth L. Neeley
Neeley Law Firm, Plc
1120 S. Dobson Road, Ste. 230
Chandler, Arizona, 85286
*Attorney for Plaintiff/Debtor*

Courtney M. Davis
Chapter 7 Trustee
P.O. Box 1838
Watkinsville, Georgia 30677

U.S. Trustee
U.S. Trustee- MAC
440 Martin Luther King Jr. Boulevard
Suite 302
Macon, Georgia 31201

This 2nd day of January 2025.

                PETER D. LEARY
                UNITED STATES ATTORNEY

By:   */s/Bernard Snell*
        BERNARD SNELL
        ASSISTANT UNITED STATES ATTORNEY
        Georgia Bar No. 665692